FILED
CLERK, U.S. DISTRICT COURT
MAR 2 2022
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> Jim Andrew Urban, ) <br> Defendant. ) | Case No. EDCR 17-0031 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District California for alleged violation(s) of the terms and conditions of (his)/her [probation] [(supervised release)]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on unknown recent background and no known

<u>bail resources, apparent ongoing substance abuse,</u> ~~evade~~ <u>evading police conviction</u>

(and/or)

B. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>numerous recent convictions while on supervised release, apparent ongoing substance abuse, prior supervision violations, weapons offenses</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 2, 2022

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE